# United States District Court
## Northern District of Illinois
### Eastern Division

CHARLES WILKE, et al          **JUDGMENT IN A CIVIL CASE**

v.          Case Number: 03 C 6991

WILLIAM WHITELEY, et al

- ■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants William Whiteley and Salamone Builders, Inc. and against plaintiffs Charles Wilke, Krystian M. Wnek, Przemyslaw Wnek, Francis Rovetto and Jeff Schiera on Question 1 "Protected activity" (as explained in instruction 19). Have Plaintiffs proven by a preponderance of the evidence that they engaged in a protected activity "NO". Court enters judgment in favor of defendants and against plaintiffs.

Michael W. Dobbins, Clerk of Court

Date: 10/10/2006          /s/ Linda Garth, Deputy Clerk